1    SCOTT N. SCHOOLS (SCBN 0999)
     United States Attorney

2

3    BRIAN J. STRETCH (CSBN 163973)
     Chief, Criminal Division

4    BARBARA BRENNAN SILANO (MASSBAR 055540)
     Assistant U.S. Attorney

5

6    450 Golden Gate Ave (11th Floor)
     San Francisco, CA 94102
     Telephone: (415) 436-7223

7    Facsimile: (415) 436-7234

8    Attorneys for the United States

9

               UNITED STATES DISTRICT COURT

10

            NORTHERN DISTRICT OF CALIFORNIA

11

                SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,    )     CRIMINAL NO.

14         Plaintiff,            )      3 - 0 7 - 7 0 7 2 1
                          )    NOTICE OF PROCEEDINGS ON

15         v.                )    OUT-OF-DISTRICT CRIMINAL
                          )    CHARGES PURSUANT TO RULES

16   MICHAEL CHENG,          )    5(c)(2) AND (3) OF THE FEDERAL
     a/k/a/ Michael Huynh, a/ka/a Michael  )    RULES OF CRIMINAL PROCEDURE

17      Huynh-Cheng           )
     JIM ARCHULETTA,        )

18      a/k/a/ David Goldberg,     )
     KIMBERLY WHITEHOUSE,    )

19   NANCY SUMMERSGILL,     )
     a/k/a/ Brenda Nishikana, a/k/a/ Karen  )

20      Nedley, a/k/a/ Mari Kitagawa, a/k/a/  )
     Audrey Peterson, a/k/a/ Kylie Small,  )

21      a/k/a/ Sylvia Wong,       )
     EFREN GONZALEZ,        )

22   PAUL ANDERSON, and      )
     VICKI NGUYEN,         )

23                           )
         Defendants.        )

24                           )
                          )

25

       Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

26

   Procedure that on November 30, 2007 the above named defendants were arrested based upon an

27

   arrest warrant (copy attached) issued upon a Criminal Complaint pending in the Eastern District

28

1  of Virginia Case Number 1: 07mj1038.

2      The defendants are all charged with a violation of 21 U.S.C. Sections 846 and 841(a)(1)–

3  Conspiracy to distribute more than 5 kilograms or more of a detectable amount of cocaine, a

4  Schedule II Controlled Substance.

5                                    Respectfully Submitted,

6                                    SCOTT N. SCHOOLS
                                     UNITED STATES ATTORNEY
7

8  Date: _12/4/07_

9                                    BARBARA SILANO
                                     Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AO 442 (Rev. 12

# United States District Court

EASTERN    DISTRICT OF    VIRGINIA

UNITED STATES OF AMERICA

V.

## WARRANT FOR ARREST

**MICHAEL CHENG,**
**a/k/a Michael Huynh, and Michael Huynh-Cheng**

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Michael Cheng** _____
<span style="font-size:small">Name</span>

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy -to distribute cocaine, a Schedule II controlled substance**

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL

in violation of Title __21__ United States Code, Section(s) 841(a)(1) & 846

Barry R. Poretz
<span style="font-size:small">Name of Issuing Officer</span>

U.S. Magistrate Judge
<span style="font-size:small">Title of Issuing Officer</span>

<span style="font-size:small">Signature of Issuing officer</span>

November 30, 2007, Alexandria, VA
<span style="font-size:small">Date and Location</span>

Bail fixed at $ _____ by _____
<span style="font-size:small">Name of Judicial Officer</span>

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 44

# United States District Court

EASTERN    DISTRICT OF    VIRGINIA

UNITED STATES OF AMERICA

v.

**EFREN GONZALEZ**

**WARRANT FOR ARREST**

CASE NUMBER:

1:07mj1038

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: _____ **Efren Gonzalez** _____
                                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy –to distribute cocaine, a Schedule II controlled substance**

in violation of Title ___21___ United States Code, Section(s) __841(a)(1) & 846__

| | |
|---|---|
| Barry R. Poretz | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _signature_ | November 30, 2007, Alexandria, VA |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____    by _____
                                                              Name of Judicial Officer

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN ____ DISTRICT OF ____ VIRGINIA

UNITED STATES OF AMERICA

V.

**PAUL ANDERSON**

**WARRANT FOR ARREST**

CASE NUMBER:

1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: ____ Paul Anderson

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy -to distribute cocaine, a Schedule II controlled substance**

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL**

in violation of Title ____21____ United States Code, Section(s) 841(a)(1) & 846

Barry R. Poretz

Name of Issuing Officer

_____
Signature of Issuing officer

U.S. Magistrate Judge

Title of Issuing Officer

**November 30, 2007, Alexandria, VA**
Date and Location

Bail fixed at $ _____   by _____
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Re

# United States District Court

**EASTERN** ___ DISTRICT OF ___ **VIRGINIA** ___

UNITED STATES OF AMERICA

v.

## VICKI NGUYEN

### WARRANT FOR ARREST

CASE NUMBER:

1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: ___ **Vicki Nguyen** ___
_Name_

and bring him or her forthwith to the nearest magistrate to answer a

**INFORMATION COPY ONLY**

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy -to distribute cocaine, a Schedule II controlled substance**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

in violation of Title ___ **21** ___ United States Code, Section(s) **841(a)(1) & 846**

| | |
|---|---|
| _Barry K. Poretz_ | _U.S. Magistrate Judge_ |
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | **November 30, 2007, Alexandria, VA** |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ _____ by _____
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Re

# United States District Court

EASTERN ____ DISTRICT OF _____ VIRGINIA _____

UNITED STATES OF AMERICA

V.

KIMBERLY WHITEHOUSE

## WARRANT FOR ARREST

CASE NUMBER: 1:07mj1038

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Kimberly Whitehouse _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

**INFORMATION COPY ONLY**

□ Indictment    □ Information    ☒ Complaint    □ Order of court    □ Violation Notice    □ Probation Violation Petition

charging him or her with (brief description of offense)

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

Conspiracy -to distribute cocaine, a Schedule II controlled substance

in violation of Title ___21___ United States Code, Section(s) 841(a)(1) & 846

Barry R. Poretz
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

Signature of Issuing officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____    by _____
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev

# United States District Court

### EASTERN ____ DISTRICT OF ____ VIRGINIA

UNITED STATES OF AMERICA

V.

**NANCY SUMMERSGILL, a/k/a Brenda Nishikana,**
**Karen Nedley, Mari Kitagawa, Audrey Peterson,**
**Kylie Small, and Sylvia Wong**

**WARRANT FOR ARREST**

CASE NUMBER:

1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ <u>Nancy Summersgill</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy -to distribute cocaine, a Schedule II controlled substance**

in violation of Title __21__ United States Code, Section(s) 841(a)(1) & 846

Barry R. Poretz
Name of Issuing Officer

Signature of Issuing officer

U.S. Magistrate Judge
Title of Issuing Officer

November 30, 2007, Alexandria, VA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

INFORMATION COPY ONLY
NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL
RECEIVED U.S. MARSHALS

AO 442

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

JIM ARCHULETTA
a/k/a David Goldberg

CASE NUMBER: 1:07mj1038

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jim Archuletta _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Conspiracy -to distribute cocaine, a Schedule II controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) & 846__

Barry R. Poretz                    U.S. Magistrate Judge
Name of Issuing Officer            Title of Issuing Officer

_____          November 30, 2007, Alexandria, VA
Signature of Issuing officer        Date and Location

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |