**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

RECEIVED MAILROOM
DEC 26 2007
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

FILED
JAN - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 17, 2007

Office of the Clerk
U.S. District Court
Eastern District of Virginia
U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Case Name:     US v Archuletta, et al
Case Number:   3-07-70721 MEJ
Charges:       21:846; 841(a)(1)

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Maria-Elena James. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( )   The defendant has a court appearance in your court on: 12-21-07

Enclosed are the following documents:
original Rule 40 affidavit
original minute orders

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____
Case Systems Administrator

Enclosures
cc: Financial Office

----

**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

Date: _____        **CLERK, U.S. DISTRICT COURT**

By _____
Deputy Clerk